FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 23 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

GAVIN B. EDWARDS,

                                      Plaintiff,

                  -against-

THE CITY OF NEW YORK; DETECTIVE
DIMITRAKAKIS, SHIELD # 1793; P.O. JOHN DOES #
1-4; the individual defendants sued individually and in their
official capacity,

                                      Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 6621 (CBA) (RLM)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
October 7, 2015

| | |
|---|---|
| KUSHNER LAW GROUP, P.L.L.C.<br>*Attorney for Plaintiff*<br>16 Court Street<br>Suite 2901<br>Brooklyn, New York 11241<br>(718) 504-1440<br><br>By: _____<br>Michael P. Kushner, Esq.<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York and Dimitrakakis*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br>(212)356-2338<br><br>By: _____<br>Richard Bahrenburg<br>*Assistant Corporation Counsel*<br>Special Federal Litigation Division |

SO ORDERED:

s/Carol Bagley Amon

HON. CAROL B. AMON
UNITED STATES DISTRICT JUDGE

Dated: Oct 22, 2015

2